UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANTAGESCORE SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY A. NELSON,<br><br>Defendant. | Case No. 24-cv-06987-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the initial case management conference held on January 9, 2025, the Court ORDERS the following deadlines:

| | |
|---|---|
| Conduct Private Mediation or Other ADR: | April 1, 2025 |
| First Amended Complaint: | April 15, 2025 |
| Initial Disclosures: | April 29, 2025 |
| Close of Fact Discovery: | November 25, 2025 |
| Opening Expert Reports: | December 22, 2025 |
| Response Expert Reports: | January 30, 2026 |
| Reply Expert Reports: | February 20, 2026 |
| Close of Expert Discovery: | March 13, 2026 |
| Dispositive/Daubert Motions: | March 27, 2026 |
| Dispositive/Daubert Motion Oppositions: | April 30, 2026 |
| Dispositive/Daubert Replies: | May 22, 2026 |
| Dipositive/Daubert Motions Hearing: | June 12, 2026 |

The Court will hold a further case management conference on April 24, 2025 at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in

advance and should include a proposed trial date and estimate on trial length.

**IT IS SO ORDERED.**

Dated: January 9, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge